UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN HALE DAVIS,

    Movant,

v.

    Case No. 1:14-cv-1300

    HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this date,

**IT IS ORDERED** that Movant's motion under 28 U.S.C. § 2255, motion to supplement, motion to compel, and motion for an evidentiary hearing (ECF Nos. 1, 3, 10, 26) are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Date: March 29, 2017      /s/ Paul L. Maloney
    PAUL L. MALONEY
    UNITED STATES DISTRICT JUDGE