UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN HALE DAVIS,

  Movant,

v.              Case No. 1:14-cv-1300

                HON. PAUL L. MALONEY

UNITED STATES OF AMERICA,

  Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this date,

**IT IS ORDERED** that this action is **DISMISSED**.

Date:  March 29, 2017      /s/ Paul L. Maloney
                PAUL L. MALONEY
                UNITED STATES DISTRICT JUDGE