FILED
Mar 15, 2023
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-2081

In re: JONATHAN HALE DAVIS,  )
  )
  )
Movant.  )
  )

Before: GILMAN, GIBBONS, and READLER, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon the motion by Jonathan Hale Davis to authorize the district court to consider a second or successive 28 U.S.C. § 2255 motion to vacate sentence.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the motion for authorization is DENIED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk